UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 28 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| CITY OF LOWELL, MASSACHUSETTS | ) | Removed from: Superior Court Department |
| | ) | Suffolk County, Massachusetts |
| Plaintiff, | ) | |
| | ) | Case No. _____ |
| vs. | ) | |
| | ) | Honorable _____ |
| AMERADA HESS CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

05    10175 MLW

### Mobil Corporation's Statement Pursuant to Federal Rule 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Defendant Mobil Corporation in the above-captioned matter certifies that

Mobil Corporation's corporate parent is Exxon Mobil Corporation, and that Exxon Mobil

Corporation owns 100% of Mobil Corporation's stock.

Dated: January 28, 2005

                                        MOBIL CORPORATION,

                        By:     _____
                                        Anthony A. Bongiorno (BBO #554356)
                                        Melissa L. Nott (BBO #654546)
                                        McDERMOTT WILL & EMERY LLP
                                        28 State Street
                                        Boston, Massachusetts 02109
                                        (617) 535-4000

BST99 1444090-1.037771.0188

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused a copy of the within Mobil Corporation's Statement Pursuant to Federal Rule 7.1 to be sent by express mail to plaintiff's counsel and by electronic mail to all defendants' counsel on the attached service list.

Dated: January 28, 2005

*Melissa Nott*

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS | ) Removed from: Superior Court Department |
| | ) Suffolk County, Massachusetts |
| Plaintiff, | ) |
| | ) Case No. _____ |
| vs. | ) |
| | ) Honorable _____ |
| AMERADA HESS CORPORATION | ) |
| | ) |
| Defendants. | ) |

## SERVICE LIST

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
Tel:    781-322-3720
Counsel for City of Lowell, Massachusetts

Scott Summy
Stephen Johnston
Baron & Budd, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Tel:    214-521-3605
Counsel for City of Lowell, Massachusetts

Robert J. Gordon
Weitz & Luxenberg, PC
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Tel:    212-558-5505
Counsel for City of Lowell, Massachusetts

Robert H. Cox
Mindy G. Davis
Brent H. Allen
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel:    202-783-0800

1

Counsel to Amerada Hess Corporation, Coastal Oil New England, El Paso Merchant Energy-Petroleum Company, United Refining Company, Union Oil Company of California d/b/a Unocal Corp., Unocal Corp.

Joseph L. Luciana III
Kirkpatrick & Lockhart LLP
Henry W. Oliver Bldg.,
535 Smithfield Street
Pittsburgh, PA 15222-2312
Tel:    412-355-8982
Counsel to American Refining Group, Inc.

J. Andrew Langan
Mark S. Lillie
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Tel:    312-861-2000
Counsel to Atlantic Richfield Company, BP Amoco Chemical Co., BP Products North America Inc.

Tracie J. Renfroe
M. Coy Connelly
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, Texas 77002
Tel:    713-221-1404
Counsel to Total Petrochemicals USA, Inc. (formerly known as Atofina Petrochemicals, Inc.), Colorado Refining Company, TPI Petroleum, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Co., Valero Refining and Marketing Co.

Mark E. Tully
Goodwin Procter, LLP
Exchange Place
Boston, Massachusetts 02109
Tel:    617-570-1000
Counsel to Chelsea Sandwich, LLC, Cumberland Farms, Inc., Global Companies, LLC, Global Montell Group, LLC, Global Petroleum Corp., Gulf Oil Limited Partnership

Christopher J. Garvey
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel:    212-459-7413
Counsel to Gulf Oil Limited Partnership

2

Richard E. Wallace, Jr.
Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
202-204-1000
Counsel to ChevronTexaco Corp., Chevron U.S.A., Inc., Equilon Enterprises LLC, Motiva
Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company
LLC, Shell Petroleum Inc., Shell Trading Co. (US), Texaco, Inc., TMR Company

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
312-660-7600
Counsel to CITGO Petroleum Corporation, CITGO Refining and Chemicals Company LP, PDV
Midwest Refining LLC

John McGahren
John C. Corbett
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
Tel:    973-639-7270
Counsel to ConocoPhillips Company

Alan J. Hoffman
Blank Rome LLP
One Logan Square
Philadelphia, Pennsylvania 19103
215-569-5500
Counsel to Equistar Chemicals, LP, Lyondell Chemical Company, Lyondell Petrochemical GP,
Inc.

Joseph C. Kearfott
Stuart A. Raphael
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Tel:    804-788-8200
Counsel to FHR/GP, LLC, Flint Hills Resources, LP

Robert Redmond

3

Turner Broughton
Williams Mullen
1021 E. Cary Street, 17th Floor
Two James Center
Richmond, VA 23219
P.O. Box 1320
Richmond, VA 23218-1320
Tel:    804-783-6439
Counsel to Giant Yorktown, Inc.

Thomas M. Farrell
Nickens, Keeton, Lawless, Farrell & Flack, LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 353-6677
Counsel to Placid Refining Co. LLC

Ann C. Barron
Bryan Cave
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Tel:    314-259-2687
Counsel to The Premcor Refining Group

James B. Slaughter
John S. Guttmann
Beveridge & Diamond PC
1350 I Street, Suite 700
Washington, DC 20005
Tel:    202-789-6000
Counsel to Sunoco, Inc., Sunoco, Inc. (R&M)

Heather M. Fusco
Keith T. Tashima
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, New York 10022
212-702-5400
Counsel to Sunoco, Inc. and Sunoco, Inc. (R&M)

4