UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Honorable 05-cv-10175 MLW |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel of record for Defendant TOTAL PETROCHEMICALS USA, INC. f/k/a ATOFINA Petrochemicals, Inc. certify, that to the best of their knowledge, as follows:

TOTAL PETROCHEMICALS USA, INC.'s parent corporation is TOTAL Delaware, Inc. TOTAL Delaware, Inc.'s parent corporation is TOTAL Holdings USA, Inc. TOTAL Holdings USA, Inc.'s parent corporation is TOTAL GESTION U.S.A., s.a.r.l., which is a French corporation. TOTAL GESTION U.S.A., s.a.r.l.'s parent corporation is TOTAL S.A., which is also a French corporation. TOTAL S.A. has no parent corporation. No other publicly held corporation owns 10% or more of TOTAL PETROCHEMICALS USA, INC.'s stock.

Respectfully submitted,

Dated: January 21, 2005

BRACEWELL & PATTERSON, L.L.P.

By: _____
Tracie J. Renfroe
M. Coy Connelly

HOUSTON\1807452.1                    -1-

                    Attorneys for Defendant
                    TOTAL PETROCHEMICALS USA, INC.
                    F/K/A ATOFINA PETROCHEMICALS, INC.

Tracie J. Renfroe, Esq.
M. Coy Connelly, Esq.
BRACEWELL & PATTERSON, L.L.P.
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone: (713) 221-1305
Telecopier: (713) 221-2159