UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 28 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Honorable _____ |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | 05  10175 MLW |
| Defendants. ) | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel of record for Defendants Colorado Refining Company, TPI Petroleum, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, and Valero Refining and Marketing Company,[1] certify, that to the best of their knowledge, as follows:

1. Colorado Refining Company's parent corporation is TPI Petroleum, Inc. TPI Petroleum, Inc.'s parent corporation is Canadian Ultramar Company. Canadian Ultramar Company's parent corporation is Valero Ultramar Holdings Inc. Valero Ultramar Holdings Inc.'s parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation. There are no publicly held corporations that own 10% or more of Colorado Refining Company's stock.

2. TPI Petroleum, Inc.'s parent corporation is Canadian Ultramar Company. Canadian Ultramar Company's parent corporation is Valero Ultramar Holdings Inc. Valero Ultramar Holdings Inc.'s parent corporation is Valero Energy Corporation. Valero Energy

---

[1] Plaintiffs' Complaint also names Valero Refining Company, a non-existent entity.

Corporation has no parent corporation. There are no publicly held corporations that own 10% or more of TPI Petroleum, Inc.'s stock.

3. Valero Energy Corporation has no parent corporation. The following are parents, trusts, subsidiaries, and/or affiliates of Valero Energy Corporation that have issued shares or debt securities to the public or own more than 10% of the stock of Valero Energy Corporation:

    (a) Barclays Private Bank Limited owns more than 10% of Valero Energy Corporation's stock and

    (b) Bank of New York owns more than 10% of Valero Energy Corporation's stock.

4. Valero Marketing and Supply Company's parent corporations are: (a) Colorado Refining Company; (b) Diamond Shamrock Refining and Marketing Company; (c) Sigmor Corporation; (d) Valero Refining Company-California; (e) Valero Refining and Marketing Company; (f) TPI Petroleum, Inc.; and (g) Ultramar Inc.

    (a) Colorado Refining Company's parent corporation is TPI Petroleum, Inc. TPI Petroleum, Inc.'s parent corporation is Canadian Ultramar Company. Canadian Ultramar Company's parent corporation is Valero Ultramar Holdings Inc. Valero Ultramar Holdings Inc.'s parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

    (b) Diamond Shamrock Refining and Marketing Company's parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

    (c) Sigmor Corporation's parent corporation is Diamond Shamrock Refining and Marketing Company. Diamond Shamrock Refining and Marketing Company's

-3-

parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

   (d) TPI Petroleum, Inc.'s parent corporation is Canadian Ultramar Company. Canadian Ultramar Company's parent corporation is Valero Ultramar Holdings Inc. Valero Ultramar Holdings Inc.'s parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

   (e) Valero Refining Company-California's parent corporation is Valero Refining and Marketing Company. Valero Refining and Marketing Company's parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

   (f) Valero Refining and Marketing Company's parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

   (g) Ultramar Inc.'s parent corporation is Valero Energy Corporation. Valero Energy Corporation has no parent corporation.

There are no publicly held corporations that own 10% or more of Valero Marketing and Supply Company's stock.

   5. Valero Refining and Marketing Company's parent corporation is Valero Energy Corporation. Valero Energy Corporation does not have a parent corporation. There are no publicly held corporations that own 10% or more of Valero Refining and Marketing Company's stock.

                                        Respectfully submitted,

Dated: January 21, 2005                    BRACEWELL & PATTERSON, L.L.P.

By: *[signature]*
      J. Clifford Gunter III
      Tracie J. Renfroe
      M. Coy Connelly

Attorneys for Defendants
COLORADO REFINING COMPANY, TPI PETROLEUM, INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, and VALERO REFINING AND MARKETING COMPANY

J. Clifford Gunter III, Esq.
Tracie J. Renfroe, Esq.
M. Coy Connelly, Esq.
BRACEWELL & PATTERSON, L.L.P.
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone: (713) 221-1404
Facsimile: (713) 221-2123