UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS<br><br>Plaintiff,<br><br>vs.<br><br>AMERADA HESS CORPORATION, et al.<br><br>Defendants. | ) Removed from: Superior Court Department<br>) Suffolk County, Massachusetts<br>)<br>)<br>)<br>) Case No: _____<br>)<br>) **05 CV 10175 MLW**<br>) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY GIANT YORKTOWN, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Giant Yorktown, Inc., states that the parent corporation of Giant Yorktown, Inc. is Giant Industries Arizona, Inc. The parent corporation of Giant Industries Arizona, Inc. is Giant Industries, Inc. Giant Industries, Inc. is publicly held.

In addition, Giant Yorktown, Inc. has no subsidiaries. The following companies are subsidiaries of Giant Industries, Inc.: Giant Industries Arizona, Inc.; Giant Mid-Continent, Inc.; Giant Four Corners, Inc.; Navajo Convenient Stores Co., LLC; Giant Yorktown, Inc.; Giant Stop-N-Go of New Mexico, Inc.; San Juan Refining Company; Ciniza Production Company; Giant Pipeline Company; Giant Yorktown Holding Company; Phoenix Fuel Co., Inc.

Respectfully submitted,

GIANT YORKTOWN, INC.

By: _____
      Of Counsel

Dated: January 20, 2005

Channing J. Martin (VSB# 18887)
Robert F. Redmond, Jr. (VSB# 32292)
William W. Belt, Jr. (VSB# 31898)
Turner A. Broughton (VSB#42627)
Williams Mullen
1021 E. Cary Street, 17th Floor
Two James Center
Richmond, Virginia 23219
P. O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 783-6422
(804) 783-6507 fax
Counsel for Giant Yorktown, Inc.

1041232v4