UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 28 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Honorable _____ |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | **05 CV 10175 MLW** |
| Defendants. ) | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Refining Group Inc. ("ARG") hereby certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. Further, there are no publicly-held corporations that own 10% or more of the stock of ARG.

Respectfully submitted,

American Refining Group, Inc.
By its attorneys

_/s/ Steven P. Wright_
Steven P. Wright BBO #648575
E-Mail: swright@kl.com
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: January 20, 2005

BOS-719347 v1 0151310-0921