UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 28 P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Honorable _____ |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LYONDELL CHEMICAL COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Lyondell Chemical Company certifies that it has no parent corporation. The following entities each own more than 10% of Lyondell's outstanding stock: Occidental Petroleum Corporation, FMR Corp. and Capital Research and Management Company. Lyondell has no subsidiaries or affiliates that have issued shares of ownership to the public.

Dated: January 20, 2005                    BLANK ROME LLP

By: _____
ALAN J. HOFFMAN
Attorneys for Defendant Lyondell
Chemical Company

014580.00002/21351487v2