UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Honorable _____ |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EQUISTAR CHEMICALS LP'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Equistar Chemicals LP certifies that it is a subsidiary of Lyondell Chemical Company. Lyondell Chemical Company is the owner 100% of Equistar Chemicals LP stock.

Dated: January 20, 2005         BLANK ROME LLP

By: _____
ALAN J. HOFFMAN
Attorneys for Defendant Equistar
Chemicals LP