UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | |
| ) | Honorable _____ |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | 05 CV 10175 MLW |
| Defendants. ) | |

### DEFENDANT LYONDELL PETROCHEMICAL GP, INC.S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Lyondell Petrochemical GP, Inc. certifies that is a subsidiary of Lyondell Chemical Company. Lyondell Chemical Company is the owner 100% of Lyondell Petrochemical Company GP, Inc. stock.

Dated: January 20, 2005         BLANK ROME LLP

                                By: _____
                                    ALAN J. HOFFMAN
                                    Attorneys for Defendant Lyondell
                                    Petrochemical GP, Inc.