UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS<br><br>Plaintiff,<br><br>vs.<br><br>AMERADA HESS CORPORATION, et al.<br><br>Defendants. | Removed from: Superior Court Department<br>Suffolk County, Massachusetts<br><br>Case No. _____<br><br>Honorable _____ |

05 CV 10175 MLW

## CORPORATE DISCLOSURE STATEMENT FOR
## CITGO REFINING AND CHEMICALS COMPANY L.P.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Refining and Chemicals Company L.P. submits the following Corporate Disclosure Statement: CITGO Refining and Chemicals Company L.P. is a limited partnership. The limited partner is CITGO Investment Company, whose parent corporation is CITGO Petroleum Corporation. The general partner is CITGO Petroleum Corporation. CITGO Petroleum Corporation's parent corporation is PDV America, Inc. No publicly held corporation owns 10% or more of its stock.

Date: January 20, 2005

Respectfully submitted,

CITGO Refining and Chemicals Company L.P.

J. Owen Todd
Lisa G. Arrowood
Kathleen Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777

-and-

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer

EIMER STAHL KLEVORN & SOLBERG LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718