UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Honorable _____ |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | 05 10175 MLW |
| Defendants. ) | |

CORPORATE DISCLOSURE STATEMENT FOR
CITGO PETROLEUM CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Petroleum Corporation submits the following Corporate Disclosure Statement: CITGO Petroleum Corporation's parent corporation is PDV America, Inc. No publicly held corporation owns 10% or more of its stock.

Date: January 20, 2005          CITGO Petroleum Corporation

_/s/ Lisa Arrowood_
J. Owen Todd
Lisa G. Arrowood
Kathleen Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777
                    -and-
Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
EIMER STAHL KLEVORN & SOLBERG LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600

Fax: (312) 692-1718