UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS<br><br>Plaintiff,<br><br>vs.<br><br>AMERADA HESS CORPORATION, et al.<br><br>Defendants. | ) Removed from: Superior Court Department<br>) Suffolk County, Massachusetts<br>)<br>) Case No. _____<br>)<br>) Honorable _____<br>)<br>) |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE

I, the undersigned, counsel of record for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M), certify that to the best of my knowledge and belief:

(1) Sunoco, Inc. is the parent corporation of Sunoco, Inc. (R&M).

(2) Sunoco, Inc. is a publicly held corporation that owns one hundred percent (100%) of the outstanding shares of Sunoco, Inc. (R&M).

Dated: January 19, 2005

Respectfully submitted,

SUNOCO, INC. and SUNOCO, INC. (R&M)

By: _____
One of Their Attorneys

John S. Guttmann, Esq. (JG 7601)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005
(202) 789-6000