UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court, |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| ) | DOCKET NO.: 05_____ |
| vs. ) | |
| ) | |
| AMERADA HESS CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE PREMCOR REFINING GROUP INC.**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant, The Premcor Refining Group Inc., by and through its counsel, makes the following Corporate Disclosure Statement:

The Premcor Refining Group Inc. is a wholly owned subsidiary of Premcor USA Inc. which is wholly owned by Premcor Inc. Occidental Petroleum Company owns more than 10% of the stock of Premcor Inc.

                                         DEFENDANT,
                                         THE PREMCOR REFINING GROUP INC.

                                         By: _____
                                             Amy M. McCallen
                                             BBO # 643657
                                             Pepe & Hazard LLP
                                             225 Franklin Street
                                             Boston, MA  02110
                                             Tel. 617.748.5500
DATED: January 21, 2005                Fax 617.748.5555

1