UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | Removed from: Superior Court Department |
| ) | Suffolk County, Massachusetts |
| Plaintiff, ) | |
| vs. ) | |
| AMERADA HESS CORPORATION, et al. ) | Case No. _____ |
| ) | Honorable _____ |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT
FOR PDV MIDWEST REFINING, L.L.C.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PDV Midwest Refining, L.L.C. submits the following Corporate Disclosure Statement: PDV Midwest Refining, L.L.C. is 100% owned by VPHI Midwest, Inc., whose parent corporation is CITGO Petroleum Corporation. CITGO Petroleum Corporation's parent corporation is PDV America, Inc. No publicly held corporation owns 10% or more of its stock.

Date:  January 25, 2005

Respectfully submitted,

CITGO Refining and Chemicals Company L.P.

_____
J. Owen Todd
Lisa G. Arrowood
Kathleen Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777

-and-

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
EIMER STAHL KLEVORN & SOLBERG LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718