UNITED DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS | ) Removed from Superior Court |
| | ) Department |
| Plaintiff, | ) Suffolk County, Massachusetts |
| v. | ) |
| | ) Case No. _____ |
| AMERADA HESS CORPORATION, et al., | ) |
| | ) Honorable _____ |
| Defendants. | ) |

FILED
CLERK'S OFFICE
2005 JAN 28 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

**CORPORATE DISCLOSURE STATEMENT
BY DEFENDANTS FLINT HILLS RESOURCES LP
AND FHR/GP, LLC PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Flint Hills Resources, LP, and FHR/GP, LLC state as follows: Flint Hills Resources, LP, is a limited partnership organized under the laws of Delaware. Its general partner is FHR/GP, LLC, a limited liability company organized under the laws of Delaware. The sole member of FHR/GP, LLC is FHR LLC. No parent corporation of either defendant is publicly held.

Respectfully submitted,

FLINT HILLS RESOURCES, LP
FHR/GP, LLC

By: _Wayne F. Dennison_ /mln
Counsel

Dated: January 28, 2005

Wayne F. Dennison
BROWN RUDNICK BERLACK
ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8247
(617) 856-8201 (fax)

Joseph C. Kearfott
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Richmond, Virginia 23219
(804) 788-8200
(804) 788-8218 (fax)

Stuart A. Raphael
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400
(703) 714-7410 (fax)