UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-10175 MLW |
| vs. ) | |
| ) | Honorable Mark L. Wolf |
| AMERADA HESS CORPORATION ) | |
| ) | |
| Defendants. ) | |

### STIPULATION REGARDING STAY

WHEREAS, a conference was held before the Honorable Shira A. Scheindlin on December 19, 2003, and the parties present stipulated on the record, *inter alia*, that MTBE-related actions which counsel present at the conference controlled, such as the instant action, should be stayed and transferred to Judge Scheindlin, sitting in her capacity as the assigned judge for *In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation,* Master File No. 1:00-1898, MDL 1358 (hereinafter "*MDL No. 1358*"), that counsel would not oppose the issuance of a conditional transfer order by the Judicial Panel for Multidistrict Litigation (subject to and without waiving plaintiff's objections to federal jurisdiction and any defendant's objections to personal jurisdiction), and that all motions for remand which are pending before Judge Scheindlin would then be heard by Judge Scheindlin on an expedited briefing schedule;

WHEREAS, in an Order dated December 23, 2003, Judge Scheindlin, sitting in her capacity as the assigned judge for *MDL No. 1358*, indicated that "all proceedings in the cases set forth in the attached Schedule should be stayed pending transfer to this Court sitting in its capacity as the *MDL No. 1358* court," and set an expedited briefing schedule. *Order* (December 23, 2003) (copy attached hereto as Exhibit 1, with Schedule attached);

WHEREAS, seventy-six MTBE related cases have been transferred to MDL No. 1358 and Judge Scheindlin has issued opinions related to federal jurisdiction over the MTBE cases pending in MDL No. 1358, including *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 342 F.Supp.2d 147(S.D.N.Y. March 16, 2004); *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 341 F.Supp.2d 351 (S.D.N.Y. July 13, 2004); *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 341 F.Supp.2d 386 (S.D.N.Y. Sept. 3, 2004); and *In re MTBE Product Liability Litigation*, 2004 U.S. Dist. LEXIS 22100 (S.D.N.Y. Nov. 3, 2004); and counsel for Plaintiff and Defendants are in agreement that it is more efficient for this case to be stayed until a Judicial Panel for Multidistrict Litigation ("JPML") decision regarding whether this case should be transferred to MDL 1358; it is hereby

STIPULATED THAT, this action shall be stayed pending a decision by the JPML as to whether this case should be transferred to the Honorable Shira A. Scheindlin in her capacity as the assigned judge for *MDL No. 1358*. Accordingly, during the pendency of this stay no Defendant is obligated to file any pleading in response to the Complaint. Provided, however, that in the event a remand motion has not yet been filed in this action, there is an express exception to the stay for Plaintiff to file such a motion and all attendant papers and there is also an express exception for Plaintiff to file other ministerial papers such as those relating to service of process. Plaintiff's filing of any motion to remand in accordance with this paragraph shall not otherwise obligate any party to engage in briefing on said motion or to conduct any other proceedings, including the filing of any other responsive pleading(s), all of which are stayed by this Stipulation.

*

*

Dated: February 18, 2005

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| *Richard Sandman* (signature) | *Melissa Nott* (signature) |

| | |
|---|---|
| Richard M. Sandman (BBO #440940) | Anthony A. Bongiorno (BBO #554356) |
| Rodman, Rodman & Sandman, PC | Melissa L. Nott (BBO #654546) |
| 442 Main Street, Suite 300 | McDERMOTT WILL & EMERY LLP |
| Malden, Massachusetts 02148-5122 | 28 State Street |
| Tel: 781-322-3720 | Boston, Massachusetts 02109 |
| | (617) 535-4000 |

Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Tel: (212) 558-5505

Counsel for Defendants Exxon Mobil Chemical Company, Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil Corporation and as authorized by and on behalf of the following Defendants:

Scott Summy
BARON & BUDD, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Tel: 214-521-3605

Counsel for City of Lowell, Massachusetts

Atlantic Richfield Co.
BP Products North America, Inc.
BP Amoco Chemical Company
Equilon Enterprises, LLC
Motiva Enterprises, LLC
Chevron, USA, Inc.
ChevronTexaco Corp.
Shell Oil Company,
Shell Oil Products Company,
Shell Oil Products Company LLC,
Shell Petroleum, Inc.,
Shell Trading Co. (US)
Texaco, Inc.
TMR Co.
Equistar Chemicals, LP
Lyondell Chemical Company
Lyondell Petrochemical GP, Inc.
CITGO Petroleum Corporation
Sunoco, Inc.
Sunoco, Inc. (R&M)
Gulf Oil Limited Partnership
Chelsea Sandwich, LLC
Cumberland Farms, Inc.
Global Companies, LLC
Global Montello Group LLC
Global Petroleum Corporation

SO ORDERED:

_____
Honorable Mark L. Wolf

Dated: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

ORDER
Master File C.A. No.
1:00-1898(SAS)
MDL 1358

---

This document refers to:

*County of Nassau v. Amerada Hess Corp., et al.*, No. 03-cv-9543
*Water Authority of Western Nassau County v. Amerada Hess Corp, et al.*, No. 03-cv-9544
*Incorporated Village of Mineola, et al. v. AGIP Inc., et al.*, No. 03-cv-10051
*West Hempstead Water District v. AGIP Inc., et al.*, No. 03-cv-10052
*Carle Place Water District v. AGIP Inc., et al.*, No. 03-cv-10053
*Town of Southampton v. AGIP Inc., et al.*, No. 03-cv-10054
*Village of Hempstead v. AGIP Inc., et al.*, No. 03-cv-10055
*Town of East Hampton v. AGIP Inc., et al.*, No. 03-cv-10056
*Westbury Water District v. AGIP Inc., et al.*, No. 03-cv-10057

---

The Court, upon hearing counsel for plaintiffs and certain defendants at a conference in the above-referenced cases in response to defendants' motions to stay proceedings in these cases and plaintiffs' motions for their remand, and upon stipulations there agreed to on the record by the parties present, finds, in the above-captioned proceeding, that it is appropriate for the issues presented by these motions in these and all similar removed actions, wherever filed, to be heard and decided by this Court.

Accordingly, all proceedings in the cases set forth in the attached Schedule should be stayed pending transfer to this Court sitting in its capacity as the MDL No. 1358 court. This Court respectfully requests that all courts to which the scheduled cases have been removed GRANT ALL MOTIONS TO STAY those cases pending transfer to MDL No. 1358.

The parties have agreed to the following consolidated briefing schedule, which is hereby So Ordered: defendants' opposition to plaintiffs' motion to remand shall be served and filed by January 16, 2004, and plaintiffs' reply in further support of the motion to remand shall be served and filed by January 27, 2004. Defendants' motion to stay in the above-referenced cases is DENIED because this Court will consider and decide the consolidated motion to remand forthwith.

Dated: December 23, 2003

Honorable Shira A. Scheindlin
United States District Judge

## SCHEDULE

| State | Short Case Name | Date Removed | Court/Index No. | Assigned Judge |
|---|---|---|---|---|
| CA | *California-American Water Co. v. Unocal Corp., et al.* | 11/26/03 | N.D. Cal. C 03-5379 JSW | Jeffrey S. White |
| CA | *City of Fresno v. Chevron U.S.A. Inc., et al.* | 11/26/03 | N.D. Cal. C 03-5378 JSW | Jeffrey S. White |
| CA | *City of Riverside v. Atlantic Richfield Co., et al.* | 12/12/03 | C.D. Cal. EDCV03-1460 RT SGLx | Robert J. Timlin |
| CA | *City of Roseville v. Atlantic Richfield Company, et al.* | Not yet removed | | |
| CA | *Orange County Water District v. Unocal Corp., et al. (Amended)* | 12/05/03 | C.D. Cal. SACV03-1742 JVS (ANx) | James V. Selna |
| CA | *People v. Unocal Corp., et al.* | 12/10/03 | E.D. Cal. CIV.S-03-2653 GEB DAD | Garland E. Burrell, Jr. |
| CA | *Quincy Community Services District v. Atlantic Richfield Co., et al.* | 12/17/03 | E.D. Cal. CIV S-03-2582 WBS DAD | Hon. William B. Shubb |
| CA | *Silver, et al. v. Alon USA Energy, Inc., et al.* | 12/03/03 | S.D. Cal. 03 CV 2408 WQH (RBB) | William Q. Hayes |
| | | | | |
| CT | *American Distilling & Mfg. Co., Inc. v. Amerada Hess Corp., et al.* | 11/10/03 | D. Conn. 3:03-CV-1926 | Hon. Stefan R. Underhill |
| CT | *Canton Bd. of Education v. Amerada Hess, et al.* | 11/10/03 | D. Conn. 3:03-CV-1921 | Hon. Stefan R. Underhill |
| CT | *Childhood Memories v. Amerada Hess, et al.* | 11/10/03 | D. Conn. 3:03-CV-1924 | Hon. Alvin W. Thompson |
| CT | *Columbia Bd. of Education v. Amerada Hess, et al.* | 11/10/03 | D. Conn. 3:03-CV-1923 | Hon. Stefan R. Underhill |
| CT | *Our Lady of Rosary Chapel v. Amerada Hess Corp., et al.* | 11/10/03 | D. Conn. 3:03-CV-1925 | Hon. Stefan R. Underhill |
| CT | *Town of East Hampton v. Amerada Hess Corp., et al.* | 11/10/03 | D. Conn. 3:03-CV-1927 | Hon. Stefan R. Underhill |
| CT | *United Water Connecticut, Inc. v. Amerada Hess Corp., et al.* | 11/10/03 | D. Conn. | Hon. Stefan R. Underhill |

| State | Short Case Name | Date Removed | Court/Index No. | Assigned Judge |
|---|---|---|---|---|
|  |  |  | 3:03-CV-2017 |  |
|  |  |  |  |  |
| FL | *Escambia County Utilities Auth. v. Adcock Petroleum, Inc., et al.* | 11/25/03 | N.D. Fla. (Pensacola) 3:03-CV-539 | Hon. L.A. Collier Hon. M. Davis, U.S.M.J. |
|  |  |  |  |  |
| IA | *City of Galva, Ida Grove & Sioux City v. Amerada Hess Corp., et al.* | 11/24/03 | S.D. Iowa 4:03-CV-90663 | Hon. Robert W. Pratt |
|  |  |  |  |  |
| IL | *City of Crystal Lake v. Amerada Hess Corp.* | 12/12/03 | N.D. Ill. (Eastern Div.) 03-CV-8973 | Hon. George W. Lindberg |
|  |  |  |  |  |
| IN | *City of Mishawaka v. Amerada Hess Corporation, et al.* | 12/12/03 | N.D. Ind. (South Bend) 3:03-CV-904 | Hon. Robert Miller, Jr. |
| IN | *City of Rockport v. Amerada Hess Corp., et al.* | 11/21/03 | S.D. Ind. (Evansville) 3:03-CV-201 | Hon. Richard L. Young Hon. William G. Hussmann, Jr., U.S.M.J. |
| IN | *North Newton School Corporation v. Amerada Hess Corporation, et al.* | 12/12/03 | N.D. Ind. (Lafayette) 4:03-CV-013 | Hon. Allen Sharp |
| IN | *City of South Bend v. Amerada Hess Corporation, et al.* | 12/12/03 | N.D. Ind. (South Bend) 3:03-CV-905 | Hon. Allen Sharp |
|  |  |  |  |  |
| KS | *Chisholm Creek Utility Auth. v. Alon USA Energy, Inc., et al.* | 12/15/03 | D. Kan. 03-CV-1457 | Hon. Wesley E. Brown |
| KS | *City of Bel Aire v. Alon USA Energy, Inc., et al.* | 12/15/03 | D. Kan. 03-CV-1458 | Hon. Wesley E. Brown |
| KS | *City of Dodge City v. Alon USA Energy, Inc., et al.* | 12/15/03 | D. Kan. 03-CV-1456 | Hon. Monti L. Belot |
| KS | *City of Park City v. Alon USA Energy, Inc.* | 12/15/03 | D. Kan. 03-CV-1455 | Hon. Thomas J. Marten |
|  |  |  |  |  |
| MA | *Brimfield Housing Auth. v. Amerada Hess Corp., et al.* | 11/26/03 | D. Mass. 03-CV-12399 | Hon. Richard G. Stearns |
|  |  |  |  |  |
| NH | *City of Dover v. Amerada Hess Corporation, et al.* | Not yet removed |  |  |

| State | Short Case Name | Date Removed | Court/Index No. | Assigned Judge |
|---|---|---|---|---|
| NH | City of Portsmouth v. Amerada Hess Corporation, et al. | Not yet removed | | |
| NH | State of New Hampshire v. Amerada Hess Corp., et al. | 09/30/03 | D.R.I. 03-CV-529 | Hon. Ronald R. Lagueux |
| | | | | |
| NJ | NJ American Water Co., Inc. v. Amerada Hess Corp., et al. | 11/24/03 | D.N.J. 03-CV-5562 | Hon. William G. Bassler |
| | | | | |
| NY | Carle Place Water District v. AGIP Inc., et al. | 12/18/03 | S.D.N.Y. 03-cv-10053 | Hon. Shira A. Scheindlin |
| NY | County of Nassau v. Amerada Hess Corp., et al. | 12/02/03 | S.D.N.Y. 03-CV-9543 | Hon. Shira A. Scheindlin |
| NY | Long Island Water Corp. v. Amerada Hess, et al. | 12/04/03 | E.D.N.Y. 03-CV-6125 | Hon. Arthur D. Spatt<br>Hon. Michael L. Orenstein, U.S.M.J. |
| NY | Town of East Hampton v. AGIP Inc., et al. | 12/18/03 | S.D.N.Y. 03-cv-10056 | Hon. Shira A. Scheindlin |
| NY | Town of Southampton v. AGIP Inc, et al. | 12/18/03 | S.D.N.Y. 03-cv-10054 | Hon. Shira A. Scheindlin |
| NY | Village of Mineola; Water Dept. of Village of Mineola v. AGIP Inc., et al. | 12/18/03 | S.D.N.Y. 03-cv-10051 | Hon. Shira A. Scheindlin |
| NY | Water Authority of Great Neck North v. Amerada Hess Corp., et al. | 10/28/03 | E.D.N.Y. 03-CV-6077 | Hon. Arthur D. Spatt<br>Hon. Michael L. Orenstein, U.S.M.J. |
| NY | Water Authority of Western Nassau County v. Amerada Hess, et al. | 10/01/03 | S.D.N.Y. 03-CV-9544 | Hon. Shira A. Scheindlin |
| NY | Westbury Water District v. AGIP Inc., et al. | 12/18/03 | S.D.N.Y. 03-cv-10057 | Hon. Shira A. Scheindlin |
| NY | West Hempstead Water District v. AGIP Inc., et al. | 12/18/03 | S.D.N.Y. 03-cv-10052 | Hon. Shira A. Scheindlin |
| NY | Village of Hempstead v. AGIP Inc., et al. | 12/18/03 | S.D.N.Y. 03-cv-10055 | Hon. Shira A. Scheindlin |
| | | | | |
| PA | Pennsylvania Suburban Water Co. v. Sunoco, Inc. | Not yet removed | | |
| | | | | |

| State | Short Case Name | Date Removed | Court/Index No. | Assigned Judge |
|---|---|---|---|---|
| VA | Buchanan County School Board v. Amerada Hess Corporation | Not yet removed | | |
| VA | Greensville Co. Water & Sewer Authority v. Amerada Hess Corporation | Not yet removed | | |
| VA | Patrick County Sch. Board v. Amerada Hess Corp., et al. | Not yet removed | | |
| | | | | |
| VT | Town of Hartland, County of Windsor, Vermont Water System v. Amerada Hess Corp., et al. | 12/11/03 | D. Vt. 2:03-CV-337 | Hon. William K. Sessions, III |