UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF LOWELL, MASSACHUSETTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-10175 MLW |
| vs. ) | |
| ) | Honorable Mark L. Wolf |
| AMERADA HESS CORPORATION ) | |
| ) | |
| Defendants. ) | |

## STIPULATION REGARDING STAY

WHEREAS, a conference was held before the Honorable Shira A. Scheindlin on December 19, 2003, and the parties present stipulated on the record, *inter alia*, that MTBE-related actions which counsel present at the conference controlled, such as the instant action, should be stayed and transferred to Judge Scheindlin, sitting in her capacity as the assigned judge for *In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation*, Master File No. 1:00-1898, MDL 1358 (hereinafter "*MDL No. 1358*"), that counsel would not oppose the issuance of a conditional transfer order by the Judicial Panel for Multidistrict Litigation (subject to and without waiving plaintiff's objections to federal jurisdiction and any defendant's objections to personal jurisdiction), and that all motions for remand which are pending before Judge Scheindlin would then be heard by Judge Scheindlin on an expedited briefing schedule;

WHEREAS, in an Order dated December 23, 2003, Judge Scheindlin, sitting in her capacity as the assigned judge for *MDL No. 1358*, indicated that "all proceedings in the cases set forth in the attached Schedule should be stayed pending transfer to this Court sitting in its capacity as the *MDL No. 1358* court," and set an expedited briefing schedule. *Order* (December 23, 2003) (copy attached hereto as Exhibit 1, with Schedule attached);

BST99 1445963-1.037771.0188

WHEREAS, seventy-six MTBE related cases have been transferred to MDL No. 1358 and Judge Scheindlin has issued opinions related to federal jurisdiction over the MTBE cases pending in MDL No. 1358, including *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 342 F.Supp.2d 147(S.D.N.Y. March 16, 2004); *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 341 F.Supp.2d 351 (S.D.N.Y. July 13, 2004); *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 341 F.Supp.2d 386 (S.D.N.Y. Sept. 3, 2004); and *In re MTBE Product Liability Litigation*, 2004 U.S. Dist. LEXIS 22100 (S.D.N.Y. Nov. 3, 2004); and counsel for Plaintiff and Defendants are in agreement that it is more efficient for this case to be stayed until a Judicial Panel for Multidistrict Litigation ("JPML") decision regarding whether this case should be transferred to MDL 1358; it is hereby

STIPULATED THAT, this action shall be stayed pending a decision by the JPML as to whether this case should be transferred to the Honorable Shira A. Scheindlin in her capacity as the assigned judge for *MDL No. 1358*. Accordingly, during the pendency of this stay no Defendant is obligated to file any pleading in response to the Complaint. Provided, however, that in the event a remand motion has not yet been filed in this action, there is an express exception to the stay for Plaintiff to file such a motion and all attendant papers and there is also an express exception for Plaintiff to file other ministerial papers such as those relating to service of process. Plaintiff's filing of any motion to remand in accordance with this paragraph shall not otherwise obligate any party to engage in briefing on said motion or to conduct any other proceedings, including the filing of any other responsive pleading(s), all of which are stayed by this Stipulation.

\*

\*

Dated: February 18, 2005

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| *(signature)* | *(signature)* |
| Richard M. Sandman (BBO #440940) | Anthony A. Bongiorno (BBO #554356) |
| Rodman, Rodman & Sandman, PC | Melissa L. Nott (BBO #654546) |
| 442 Main Street, Suite 300 | McDERMOTT WILL & EMERY LLP |
| Malden, Massachusetts 02148-5122 | 28 State Street |
| Tel:  781-322-3720 | Boston, Massachusetts 02109 |
|  | (617) 535-4000 |

Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Tel: (212) 558-5505

Scott Summy
BARON & BUDD, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Tel:  214-521-3605

Counsel for City of Lowell, Massachusetts

Counsel for Defendants Exxon Mobil Chemical Company, Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil Corporation and as authorized by and on behalf of the following Defendants:

Atlantic Richfield Co.
BP Products North America, Inc.
BP Amoco Chemical Company
Equilon Enterprises, LLC
Motiva Enterprises, LLC
Chevron, USA, Inc.
ChevronTexaco Corp.
Shell Oil Company,
Shell Oil Products Company,
Shell Oil Products Company LLC,
Shell Petroleum, Inc.,
Shell Trading Co. (US)
Texaco, Inc.
TMR Co.
Equistar Chemicals, LP
Lyondell Chemical Company
Lyondell Petrochemical GP, Inc.
CITGO Petroleum Corporation
Sunoco, Inc.
Sunoco, Inc. (R&M)
Gulf Oil Limited Partnership
Chelsea Sandwich, LLC
Cumberland Farms, Inc.
Global Companies, LLC
Global Montello Group LLC
Global Petroleum Corporation

SO ORDERED:

_____
Honorable Mark L. Wolf

Dated: March 2, 2005