AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Massachusetts_____

City of Lowell

V.

Amerada Hess Corporation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2005cv10175MLW

TO: (Name and address of Defendant)

Tosco Corporation, individually and as predecessor-in-interest to
ConocoPhillips company, also known as Tosco Refining Company, and
also known as Tosco Marketing Company
1500 North Priest Drive
Tempe, AZ 85281
AGENT FOR PROCESS:  Corporation Service Company, 84 State Street,
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Sandman, Esq.
Rodman, Rodman & Sandman, P.C.
442 Main Street, Suite 300
Malden, MA 02148-5122

Robert J. Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Flr.
New York, NY 10038

Scott Summy, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 7206

an answer to the complaint which is served on you with this summons, within _____120_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAR 23 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/24/05 |
| NAME OF SERVER (PRINT) John Zorabedian | TITLE Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

Corp. Service Co., 84 State St. Boston, MA 02109

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $5 | SERVICES $20 | TOTAL $0.00 $25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/05
            Date

Signature of Server

11 Balsam Rd. Reading, MA 01867
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.