AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Eastern | District of | Massachusetts |
|---|---|---|

City of Lowell

**SUMMONS IN A CIVIL ACTION**

V.

Amerada Hess Corporation, et al.

CASE NUMBER:    2005cv10175MLW

TO: (Name and address of Defendant)

Lyondell Chemical Company, individually and formerly known as Lyondell
Petrochemical Company and formerly known as Arco Chemical Company
1221 McKinney Street, Suite 700
Houston, TX 77010

AGENT FOR PROCESS:  CT Corporation System, 101 Federal Street,
                                         Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Sandman, Esq.                   Robert J. Gordon, Esq.
Rodman, Rodman & Sandman, P.C.      Weitz & Luxenberg, P.C.
442 Main Street, Suite 300                    180 Maiden Lane, 17th Flr.
Malden, MA 02148-5122                         New York, NY 10038

Scott Summy, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 7206

an answer to the complaint which is served on you with this summons, within _____120_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

MAR 23 2005

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/24/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Forabedian | Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

CT Corp. System, 101 Federal St. Boston, MA 02110

☐ Left copies hereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5 | $20 | $0.00 $25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/05
_____
Date

_____
Signature of Server

11 Balsam Rd. Reading, MA 01867
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.