AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Massachusetts |

City of Lowell

V.

Amerada Hess Corporation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2005cv10175MLW

TO: (Name and address of Defendant)

Giant Yorktown, Inc.
23733 Scottsdale Road
Scottsdale, AZ 85255

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Sandman, Esq.
Rodman, Rodman & Sandman, P.C.
442 Main Street, Suite 300
Malden, MA 02148-5122

Robert J. Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Flr.
New York, NY 10038

Scott Summy, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 7206

an answer to the complaint which is served on you with this summons, within ____120____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAR 23 2005

DATE