AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Eastern _____ District of _____ Massachusetts _____

City of Lowell

**SUMMONS IN A CIVIL ACTION**

V.

Amerada Hess Corporation, et al.

CASE NUMBER:   2005cv10175MLW

TO: (Name and address of Defendant)

BP Amoco Chemical Company, individually and formerly known as
Amoco Chemical Company
200 East Randolph Street
Chicago, IL 60601

AGENT FOR PROCESS:  CT Corporation System, 101 Federal Street,
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Sandman, Esq.                  Robert J. Gordon, Esq.
Rodman, Rodman & Sandman, P.C.            Weitz & Luxenberg, P.C.
442 Main Street, Suite 300                180 Maiden Lane, 17th Flr.
Malden, MA 02148-5122                     New York, NY 10038

Scott Summy, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 7206

an answer to the complaint which is served on you with this summons, within _____ 120 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAR 2 3 2005

SARAH A. THORNTON
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/24/05 | |
| NAME OF SERVER *(PRINT)* John Zorabedian | TITLE Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

CT Corp. System, 101 Federal St. Boston, MA 02110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $5 | SERVICES $20 | TOTAL $0.00 $25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/24/05
_____
Date

_____
Signature of Server

11 Balsam Rd. Reading, MA 01867
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.