AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Massachusetts_____

City of Lowell

V.

Amerada Hess Corporation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2005cv10175MLW

TO: (Name and address of Defendant)

Equilon Enterprises, LLC, d/b/a Shell Oil Products US, individually and as successor-by-merger to Equiva Services LLC
1100 Louisiana Street, Suite 2200
Houston, TX 77002

AGENT FOR PROCESS: CT Corporation System, 101 Federal Street, Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Sandman, Esq.
Rodman, Rodman & Sandman, P.C.
442 Main Street, Suite 300
Malden, MA 02148-5122

Robert J. Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Flr.
New York, NY 10038

Scott Summy, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 7206

an answer to the complaint which is served on you with this summons, within _____120_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 2 3 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/24/05 |
| NAME OF SERVER (PRINT) John Zorabedian | TITLE | Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

CT Corp. System, 101 Federal St. Boston, MA 02110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL $5 | SERVICES $20 | TOTAL $0.00  $25 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/05
                 Date

Signature of Server: John Zorabedian

Address of Server: 11 Balsam Rd. Reading, MA 01867

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.